Form 3A
(10/05)

# United States Bankruptcy Court

_Northern_ District Of _____Illinois_____

In re _Michelle Pippion_ ,
        Debtor

Case No. _11-23028_

Chapter _7_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.     In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299_ in installments.

2.     I am unable to pay the filing fee except in installments.

3.     Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.     I propose the following terms for the payment of the Filing Fee.*

$ _74.75_     Check one ☐   With the filing of the petition, or
                           ☑   On or before _6/10/2011_

$ _74.75_     on or before   _6/17/2011_

$ _74.75_     on or before   _6/24/2011_

$ _74.75_     on or before   _7/8/2011_

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 3 1 2011

KENNETH S. GARDNER, CLERK
PS REP. - MBM

\*     The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.     I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____
Signature of Attorney       Date

_____
Name of Attorney

_Michelle a Pippion_    _5/5/11_
Signature of Debtor       Date
(In a joint case, both spouses must sign.)

_____
Signature of Joint Debtor (if any)     Date

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re Michelle Pippion,
_____
Debtor

Case No. 11-23028
_____

Chapter 7
_____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one    ☐ With the filing of the petition, or
                                  ☐ On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**MAY 3 1 2011**

Date: _____

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

_____
*United States Bankruptcy Judge*